[No. 16893-6-II.   Division Two.   August 23, 1994.]

SIGNE J. KARR, ET AL, *Appellants*, v. JOHN L. JOHANSON, ET AL, *Respondents*.

Appeal from a judgment of the Superior Court for Pierce County, No. 91-2-04064-3, Thomas R. Sauriol, J., entered February 28, 1992. *Affirmed* by unpublished opinion per Seinfeld, A.C.J., concurred in by Alexander and Houghton, JJ.

[No. 30866-1-I.   Division One.   August 29, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. DENISE HUFFER, *Appellant*.

Appeal from a judgment of the Superior Court for Snohomish County, No. 91-1-01042-5, Kathryn E. Trumbull, J., entered June 8, 1992. *Affirmed* by unpublished opinion per Becker, J., concurred in by Scholfield and Baker, JJ.

[Nos. 32212-5-I; 34381-5-I.   Division One.   August 29, 1994.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT D. PLISCHKE, *Appellant*.

Appeals from a judgment of the Superior Court for King County, No. 92-1-02285-7, Arthur E. Piehler, J., entered January 28, 1993. *Affirmed* by unpublished opinion per Becker, J., concurred in by Webster, C.J., and Coleman, J.

[No. 13133-5-III.   Division Three.   September 1, 1994.]

PARKADE, INC., *Respondent*, v. WILLIAM H. DANIEL, ET AL, *Appellants*.

Appeal from a judgment of the Superior Court for Spokane County, No. 91-2-01877-9, Robert D. Austin, J., entered March 4, 1993. *Granted* by unpublished per curiam opinion.